ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: anthony@capozzilawoffices.com

Attorney for Defendant,
JUAN VENEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:12-CR-00409-AWI-BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| JUAN VENEGAS, | ) Date: June 10, 2013 |
| | ) Time: 1:00 p.m. |
| Defendant. | ) Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on June 10, 2013, at 1:00 p.m. before Judge McAuliffe.

2. By this stipulation, defendant now moves to continue the status conference until June 24, 2013, at 10:00 a.m. before Judge Ishii for a Change of Plea and to exclude time between June 10, 2013, and June 24, 2013, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the

Court find the following:

    a. Additional time is needed to review the Presentence Report and for plea negotiations.

    b. The government does not object to the continuance.

    c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 10, 2013, to June 24, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///
///

IT IS SO STIPULATED.

Dated: June 5, 2013

                                               */s/ Elana S. Landau*
                                               Assistant United States Attorney

Dated: June 5, 2013               */s/ Anthony P. Capozzi*
                                               Anthony P. Capozzi
                                               Attorney for
                                               JUAN VENEGAS

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from June 10, 2013, to, and including, June 24, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Status Conference currently scheduled on June 10, 2013, at 1:00 p.m. before Judge McAuliffe, is continued to **June 24, 2013, at 10:00 a.m.** before Judge Ishii for Change of Plea.

IT IS SO ORDERED.

Dated: __**June 6, 2013**__            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE